JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILIP HANES, | ) | NO. CV 20-05472-SB (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CRAIG KOENIG, Warden, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: November 10, 2021

Stanley Blumenfeld, Jr.
United States District Judge